UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

        Plaintiff,

  v.

JUANITA SALAZAR,

        Defendant.

Case No. CR12-47-MJP

**DETENTION ORDER**

Offense charged:

    Conspiracy to Distribute Controlled Substances.

Date of Detention Hearing: March 30, 2012.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has been charged by indictment with a drug trafficking offense which carries a presumption of detention. If convicted she faces a mandatory term of ten years in prison. Based

DETENTION ORDER - 1

on her criminal history, if sentence enhancement information is filed, she faces a mandatory term of 20 years in prison. Defendant has a lengthy criminal history going back forty years. She has numerous convictions including felony convictions. She has a history of substance abuse. She has failed to appear for past court hearings and has committed violations while on supervision. The government proffered information indicating defendant's criminal activities were observed while she was under police surveillance. The government has a strong case against defendant. Under these circumstances, defendant has failed to overcome the presumption of detention. In addition, defendant through her attorney stipulated to detention. It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of March, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge